IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **LAURA ROSE CAMPOS,** | 09-CV-1130-BR |
|       **Plaintiff,** | **JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
|       **Defendant.** | |

    Based on the Court's Opinion and Order (#21) issued December 3, 2010, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

    DATED this 3rd day of December, 2010.

                                              /s/ Anna J. Brown

                                        ANNA J. BROWN<br>
                                        United States District Judge